*ELECTRONICALLY FILED*

### UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF KENTUCKY
### AT LOUISVILLE

| | |
|---|---|
| **WEST AMERICAN INS. CO., et al.** ) | |
| ) | |
| **Plaintiffs** ) | |
| ) | **CIVIL ACTION NO.:** 3:18-CV 667-chb |
| ) | |
| **v.** ) | |
| ) | |
| **PEAK CONSTRUCTION, INC., et al.** ) | |
| ) | |
| **Defendants** ) | |
| ) | |

### AGREED ORDER OF PARTIAL DISMISSAL
### OF DEFENDANT BTM ENGINEERING, INC.

By agreement of the Plaintiffs, West American insurance Company and the Ohio Casualty Insurance Company, and the Defendant, BTM Engineering, Inc., by counsel, pursuant to Rule 41, and with the Court being duly and sufficiently advised;

     IT IS HEREBY ORDERED AND ADJUDGED that the above style action, as it relates to BTM Engineering, Inc., is hereby VOLUNATRILY DISMISSED WITHOUT PREJUDICE, as BTM Engineering, Inc. has agreed to be bound by the final ruling of this Court only as it relates to coverage for Peak Construction, Inc. The remaining claims of the Plaintiffs remain for just adjudication against all other Defendants.

HAVE SEEN AND AGREED TO:

| | |
|---|---|
| */s/ Justin T. Baxter* | */s/ Chadler M. Hardin* |
| David A. Trevey | Douglas C. Ballantine |
| Justin T. Baxter | Chadler M. Hardin |
| **KINKEAD & STILZ, PLLC** | Stoll Keenon Ogden, PLLC |
| 301 East Main Street, Suite 800 | 500 West Jefferson Street, Suite 2000 |
| Lexington, Kentucky 40507 | Louisville, KY 40202 |
| *Counsel for Defendant BTM Engineering, Inc.* | *Counsel for Plaintiffs* |