UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| WEST AMERICAN INSURANCE COMPANY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PEAK CONSTRUCTION, INC., et al., <br><br> Defendants. | Civil Action No. 3:18-CV-667-CHB <br><br> **ORDER OF DISMISSAL OF DEFENDANT BTM ENGINEERING, INC., WITHOUT PREJUDICE** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on Plaintiffs' and Defendant BTM Engineering, Inc.'s, Agreed Order of Partial Dismissal of Defendant BTM Engineering, Inc. [R. 48]. Having reviewed the Agreed Order, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. Plaintiffs' claims against Defendant BTM Engineering, Inc., are **VOLUNTARILY DISMISSED WITHOUT PREJUDICE**. BTM Engineering, Inc., has agreed to be bound by the final ruling of this Court as it relates to coverage for Peak Construction, Inc.

February 5, 2019

*Claria Horn Boom*
Claria Boom, District Judge
United States District Court

cc:     Counsel of Record

- 1 -