UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| WEST AMERICAN INSURANCE COMPANY, et al., | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 3:18-CV-667-CHB |
| v. | ) ) | **ORDER OF DISMISSAL OF DEFENDANT HUSSUNG** |
| PEAK CONSTRUCTION, INC., et al., | ) ) | **MECHANICAL CONTRACTORS, INC., WITHOUT PREJUDICE** |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on Plaintiffs' and Defendant Hussung Mechanical Contractors, Inc.'s, Agreed Order of Partial Dismissal of Defendant Hussung Mechanical Contractors, Inc. [R. 45].  Having reviewed the Agreed Order, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1.     Plaintiffs' claims against Defendant Hussung Mechanical Contractors, Inc., are **VOLUNTARILY DISMISSED WITHOUT PREJUDICE**.   Hussung Mechanical Contractors, Inc., has agreed to be bound by the final ruling of this Court as it relates to coverage for Peak Construction, Inc.

February 5, 2019

*Claria Horn Boom*

Claria Boom, District Judge
United States District Court

cc:     Counsel of Record

- 1 -