UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| WEST AMERICAN INSURANCE COMPANY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PEAK CONSTRUCTION, INC., et al., <br><br> Defendants. | Civil Action No. 3:18-CV-667-CHB <br><br> **ORDER OF DISMISSAL OF DEFENDANTS (FER) STUDIO, LLP, AND DOUGLAS V. PIERSON WITHOUT PREJUDICE** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on Plaintiffs' and Defendants (fer) Studio, LLP's and Douglas V. Pierson's Agreed Order of Partial Dismissal of Defendants (fer) Studio, LLP and Douglas V. Pierson [R. 40].  Having reviewed the Agreed Order, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1.   Plaintiffs' claims against Defendants (fer) Studio, LLP and Douglas V. Pierson are **VOLUNTARILY DISMISSED WITHOUT PREJUDICE**.   (fer) Studio, LLP and Douglas V. Pierson have agreed to be bound by the final ruling of this Court as it relates to coverage for Peak Construction, Inc.

February 5, 2019

*Claria Horn Boom*

Claria Boom, District Judge
United States District Court

cc:   Counsel of Record

- 1 -