UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| WEST AMERICAN INSURANCE COMPANY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PEAK CONSTRUCTION, INC., et al., <br><br> Defendants. | Civil Action No. 3:18-CV-667-CHB <br><br> **ORDER OF DISMISSAL OF DEFENDANT T.C. PETERS CONSTRUCTION CO. WITHOUT PREJUDICE** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on Plaintiffs' and Defendant T.C. Peters Construction Co.'s Agreed Order of Partial Dismissal of Defendant T.C. Peters Construction Co. [R. 41]. Having reviewed the Agreed Order, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. Plaintiffs' claims against Defendant T.C. Peters Construction Co. are **VOLUNTARILY DISMISSED WITHOUT PREJUDICE**. T.C. Peters Construction Co. has agreed to be bound by the final ruling of this Court as it relates to coverage for Peak Construction, Inc.

February 5, 2019

*Claria Horn Boom*
Claria Boom, District Judge
United States District Court

cc: Counsel of Record