# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
### AT LOUISVILLE

| | |
|---|---|
| WESTERN AMERICAN INSURANCE COMPANY<br><br>and<br><br>THE OHIO CASUALTY INSURANCE COMPANY<br><br>    PLAINTIFFS<br><br>v.<br><br>PEAK CONSTRUCTION, INC., et al.<br><br>    DEFENDANTS | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 3:18-cv-667-CHB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPARENT SETTLEMENT OF UNDERLYING ACTION

On April 8, 2019, the parties filed their Joint Status Report Regarding Mediation in the Underlying Action (Doc. No. 60), wherein they informed the Court that the mediation on March 21, 2019 at 9:00 a.m. had not resulted in a settlement of the underlying action, styled *St. Francis School, Inc. v. BTM Engineering, Inc., et al.*, Case No. 17-CI-00198 (Oldham Cir. Ct.). The parties further advised the Court that settlement negotiations were ongoing and that the parties had agreed to refrain from taking any action in this case until April 22, 2019, in hopes of a possible settlement.

On April 16, 2019, the parties to this action received an email from mediator John Hays stating that St. Francis School, Inc. had accepted a global settlement offer from the defendants in the underlying action. Additional correspondences amongst the parties to the underlying action have further confirmed that an apparent settlement has been reached. The parties to

the underlying action have not yet entered into a settlement agreement or filed an agreed order of dismissal of that action. The parties to this action have expressed an interest in dismissing this action once the underlying action is dismissed with prejudice. The undersigned will continue to keep the Court apprised of any developments concerning the apparent settlement of the underlying action.

                                        Respectfully submitted,

                                        /s/   Chadler M. Hardin_____
                                        Douglas C. Ballantine
                                        Chadler M. Hardin
                                        STOLL KEENON OGDEN PLLC
                                        500 West Jefferson Street
                                        Louisville, KY 40202
                                        Tel:     (502) 333-6000
                                        E-mail: douglas.ballantine@skofirm.com
                                        E-mail: chad.hardin@skofirm.com
                                        *Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing was electronically filed on this 18th day of April, 2019, and served via the Court's ECF system upon all parties of record.

                                                    /s/ Chadler M. Hardin_____
                                                    *Counsel for Plaintiffs*