UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| WEST AMERICAN INSURANCE COMPANY )<br>)<br>and )<br>)<br>THE OHIO CASUALTY INSURANCE COMPANY )<br>)<br>    PLAINTIFFS )<br>)<br>v. )<br>)<br>PEAK CONSTRUCTION, INC., et al. )<br>)<br>    DEFENDANTS )<br>_____ ) | Civil Action No. 3:18-cv-667-CHB |

**JOINT STATUS REPORT**

Pursuant to the Court's April 24, 2019 Order (Doc. No. 63), Plaintiffs West American Insurance Company and The Ohio Casualty Insurance Company ("Plaintiffs") and Defendant St. Francis School, Inc. ("St. Francis") hereby submit a joint status report to the Court.

The settlement of this action must follow the dismissal with prejudice of the action styled *St. Francis School, Inc. v. BTM Engineering, Inc., et al.*, Case No. 17-CI-00198 (Oldham Cir. Ct.) (the "Underlying Action"). The claims asserted in the Underlying Action against Defendant Peak Construction, Inc. gave rise to the coverage dispute in this action. Thus, Plaintiffs take the position that the claims in the Underlying Action must be dismissed before Plaintiffs can agree to dismiss their claims in this action.

On April 16, 2019, mediator John W. Hays notified the parties that the Underlying Action appeared to have reached a global settlement. As is typical, the parties to the Underlying

1

Action agreed to dismiss their claims upon the execution of a release and settlement agreement, which has not yet been signed by one of the ten defendants. Upon the procurement of that defendant's signature, and the dismissal of the Underlying Action, the parties to this action can move forward with executing their Release and Settlement Agreement and dismissing this action.

Based on the foregoing, Plaintiffs and St. Francis believe that additional deadline extensions would facilitate productive negotiations. Plaintiffs and St. Francis propose staying this action until June 17, 2019. The parties will file a joint status report on or before that date.

Respectfully submitted,

| | |
|---|---|
| /s/ Chadler M. Hardin | /s/ Maureen P. Taylor |
| Douglas C. Ballantine | Kenneth A. Bohnert |
| Chadler M. Hardin | Maureen P. Taylor |
| STOLL KEENON OGDEN PLLC | Conliffe Sandmann & Sullivan |
| 500 West Jefferson Street | 2000 Waterfront Plaza |
| Louisville, KY 40202 | 325 West Main Street |
| Tel: (502) 333-6000 | Louisville, KY 40202 |
| E-mail: douglas.ballantine@skofirm.com | Tel: (502) 587-7711 |
| E-mail: chad.hardin@skofirm.com | kbohnert@cssattorneys.com |
| *Counsel for Plaintiffs* | mtaylor@cssattorneys.com |
| | *Counsel for St. Francis* |

**CERTIFICATE OF SERVICE**

Counsel for St. Francis and Plaintiffs hereby certify that the foregoing was electronically filed on this 10th day of May, 2019, and served via the Court's ECF system upon all parties of record.

/s/ Chadler M. Hardin
*Counsel for Plaintiffs*

/s/ Maureen P. Taylor
*Counsel for St. Francis*