## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

| | | |
|---|---|---|
| **WEST AMERICAN** | ) | |
| **INSURANCE COMPANY** | ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **THE OHIO CASUALTY** | ) | |
| **INSURANCE COMPANY** | ) | |
| | ) | **Civil Action No. 3:18-cv-667-CHB** |
| **PLAINTIFFS** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **PEAK CONSTRUCTION, INC., et al.** | ) | |
| | ) | |
| **DEFENDANTS** | ) | |
| _____ | ) | |

### JOINT MOTION TO DISMISS WITH PREJUDICE

The parties to this action, Plaintiffs West American Insurance Company and The Ohio Casualty Insurance Company, Defendant Peak Construction, Inc., Defendant St. Francis School, Inc., and Defendant K. Norman Berry, Associates, Architects, PLLC, who were not previously dismissed via the Agreed Orders of Partial Dismissal (*see* Doc. Nos. 50, 51, 52, 53, 54, 55, 56), by their respective counsel, hereby jointly move the Court to dismiss this action with prejudice, and enter the agreed order of dismissal tendered herewith, resolving this action in its entirety.

The dismissal of this action follows the dismissal of the underlying action styled *St. Francis School, Inc. v. BTM Engineering, Inc., et al.*, Case No. 17-CI-00198 (Oldham Cir. Ct.), from which this coverage action emanated.

1

Respectfully submitted,

/s/   Chadler M. Hardin
Douglas C. Ballantine
Chadler M. Hardin
STOLL KEENON OGDEN PLLC
500 West Jefferson Street
Louisville, KY 40202
Tel:     (502) 333-6000
E-mail: douglas.ballantine@skofirm.com
E-mail: chad.hardin@skofirm.com
*Counsel for Plaintiffs*

/s/   Kenneth A. Bohnert
Kenneth A. Bohnert, Esq.
Maureen P. Taylor, Esq.
Conliffe Sandmann & Sullivan
2000 Waterfront Plaza
325 West Main Street
Louisville, KY 40202
Tel:     (502) 587-7711
kbohnert@cssattorneys.com
mtaylor@cssattorneys.com
*Counsel for St. Francis*

/s/ Kenneth L. Finley
Kenneth L. Finley, Esq.
REMINGER
Vine Center
333 West Vine Street, Suite 1670
Lexington, KY 40507
(859) 233-1311
(859) 233-1312
kfinley@reminger.com
*Counsel for K. Norman Berry*
*Associates, Architects, PLLS*

/s/ David Sage
David L. Sage, Esq.
Hummel Coan & Sage, LLC
239 South Fifth Street, Suite 1700
Louisville, KY 40202-3268
(502) 585-3084
dsage@hcslegal.com
*Counsel for Peak Construction, Inc.*