UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| WEST AMERICAN INSURANCE COMPANY, et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>PEAK CONSTRUCTION, INC., et al.,<br><br>   Defendants. | Civil Action No. 3:18-CV-667-CHB<br><br>**ORDER OF DISMISSAL OF DEFENDANTS PEAK CONSTRUCTION, INC., ST. FRANCIS SCHOOL, INC., AND K. NORMAN BERRY ASSOCIATES, ARCHITECTS, PLLC, WITH PREJUDICE** |

*** *** *** ***

This matter is before the Court on the Joint Motion to Dismiss with Prejudice [R. 66] filed by Plaintiffs along with Defendants Peak Construction, Inc.'s, St. Francis School, Inc.'s, and K. Norman Berry Associates, Architects, PLLC. Having reviewed the Motion, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. Plaintiffs' and Defendants Peak Construction, Inc.'s, St. Francis School, Inc.'s, and K. Norman Berry Associates, Architects, PLLC's, Joint Motion to Dismiss with Prejudice [**R. 66**] is **GRANTED**.

2. Plaintiffs' claims against Defendants Peak Construction, Inc., St. Francis School, Inc., and K. Norman Berry Associates, Architects, PLLC, are **DISMISSED WITH PREJUDICE** and each party shall bear its own fees and costs.

3. All claims having been resolved, *see* [R. 50, R. 51, R. 52, R. 53, R. 54, R. 55, R. 56], this matter is **DISMISSED WITH PREJUDICE** as to all defendants, all dates and

deadlines are hereby **VACATED**, and this matter is **STRICKEN** from the Court's active docket.

    4.    Defendant St. Francis School, Inc.'s, Motion to Dismiss [**R. 46**] is **DENIED as moot.**

    This the 29th day of July, 2019.

*Claria Horn Boom*
CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc:    Counsel of Record